160 A.3d 758

COMMONWEALTH of Pennsylvania, Respondent

v.

John Robert CAMPAS, Petitioner

No. 361 MAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.